Kristopher L. Reed (SBN 235518)
KILPATRICK TOWNSEND & STOCKTON LLP
1400 Wewatta Street, Suite 600
Denver, CO 80202-5556
Telephone: (303) 571-4000
Facsimile: (303) 571-4321
Email:   kreed@kilpatricktownsend.com

Attorneys for Defendants
MOTHERS LOUNGE LLC and
UDDER COVERS LLC

Perry J. Narancic (SBN 206820)
LEXANALYTICA, PC
1730 S. El Camino Real, Suite 270
San Mateo, CA  94402
Telephone: (415) 944-9478
Email:   pjn@lexanalytica.com

Attorney for Plaintiff
BEBE AU LAIT, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEBE AU LAIT, LLC<br><br>          Plaintiff,<br><br>     v.<br><br>MOTHERS LOUNGE and<br>UDDER COVERS LLC.<br><br>          Defendants. | Case No. 13-cv-03035-EJD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE and [~~PROPOSED~~] ORDER THEREON** |

| | |
|---|---|
| 1 | **Stipulation of Dismissal with Prejudice** |
| 2 | IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, |
| 3 | that all claims and counterclaims in the operative complaint and counterclaim herein are dismissed |
| 4 | with prejudice. |
| 5 | Each party shall bear its own costs and expenses, including attorneys' fees. |

Dated: April 30, 2015          Respectfully submitted,

/s/ Kristopher L. Reed
Kristopher L. Reed *
KILPATRICK TOWNSEND & STOCKTON
1400 Wewatta Street, Suite 600
Denver, Colorado 80202
Telephone: (303) 571-4000
Facsimile: (303) 736-4130

Attorney for Defendants
MOTHERS LOUNGE LLC and
UDDER COVERS INC.


/s/ Perry J. Narancic
Perry J. Narancic
LEXANALYTICA, PC
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 944-9478

Attorney for Plaintiff
Bebe Au Lait, LLC


* The filing attorney certifies that he has obtained the consent of all parties to file the within filing.

1
2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
3          The Clerk shall close this file.
4  Dated: __5/1_____, 2015
5
6
7                                              _____
8                                              Honorable Edward J. Davila
                                               United Stated District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION OF DISMISSAL WITH PREJUDICE